MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JEFFERY B. WHITE (State Bar No. 291086)
jwhite@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF SAN BERNARDINO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| BRIANA RIBOTA, NICOALE SYLVESTRE, LASHA DALTON, and YOLANDA SALAZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>Defendants. | CASE NO. 5:20-cv-00505-JGB-KK<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Assigned to the Hon. Jesus G. Bernal and Magistrate Judge Kenly Kiya Kato |

661836.1

**TO THE CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Briana Ribota, Nicoale Sylvestre, Lasha Dalton and Yolanda Salazar, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant County of San Bernardino ("County") (together, the "Parties"), hereby jointly give notice pursuant to Local Rule 16-15.7 and Local Rule 40-2 that Plaintiffs and the County have reached an agreement to settle this case.

The Parties are in the process of drafting and signing appropriate settlement agreements and documents. This settlement also requires review and approval by the County's Board of Supervisors.

After approval by the Board of Supervisors, the settlement will be submitted to the Court for approval. *See*, *e.g.*, *In re City of Redondo Beach*, 2021 WL 1010631, at *1 (C.D. Cal. Mar. 16, 2021) (requiring court approval of FLSA settlements). After Court approval and payment of the settlement funds, the Parties will file a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Parties jointly request that the current dates set in the case be vacated and that the Court set an Order to Show Cause Regarding Settlement approximately three months in the future.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

1    DATED:  February 8, 2024          MILLER BARONDESS, LLP

2

3                                      By: _____

4                                           MIRA HASHMALL
                                            Attorneys for Defendant
5                                           COUNTY OF SAN BERNARDINO

6

7    DATED:  February 8, 2024          CUTTER LAW P.C.

8

9                                      By:    */s/ Celine E. Cutter*
                                       _____
10                                          C. BROOKS CUTTER
                                            CELINE E. CUTTER
11                                          Attorneys for Plaintiffs
                                            BRIANA RIBOTA, NICOALE
12                                          SYLVESTRE, LASHA DALTON and
                                            YOLANDA SALAZAR, individually
13                                          and on behalf of all others similarly
                                            situated
14

15                                          MEGAN A. RICHMOND
16                                          MEGAN A. RICHMOND, APC
                                            Attorneys for Plaintiffs
17                                          BRIANA RIBOTA, NICOALE
                                            SYLVESTRE, LASHA DALTON and
18                                          YOLANDA SALAZAR, individually
                                            and on behalf of all others similarly
19                                          situated

20

21

22

23

24

25

26

27

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL (310) 552-4400  FAX (310) 552-8400

661836.1

JOINT NOTICE OF SETTLEMENT

**SIGNATURE ATTESTATION**

The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  February 8, 2024          MILLER BARONDESS, LLP

By: _____
MIRA HASHMALL
Attorneys for Defendant
COUNTY OF SAN BERNARDINO